Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**SCOTT COLE & ASSOCIATES, APC**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone:     (510) 891-9800
Facsimile:      (510) 891-7030
Email:  scole@scalaw.com
Email:  lvannote@scalaw.com
Web:    www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Classes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BARBARA SCHAEFER, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

HERSHA HOSPITALITY MANAGEMENT, L.P.,

Defendant.

Case No. 2:20-cv-02980-JFW (AFMx)

**CLASS ACTION**

**ORDER RETAINING JURISDICTION PENDING SETTLEMENT**

The Court, having considered Plaintiff's Notice regarding the status of settlement, hereby Orders as follows:

The matter is reopened, and the Court will retain jurisdiction to enforce the settlement of the parties until February 26, 2021. If no party informs the Court the case should not be dismissed with prejudice on or before that date, the Court will dismiss the case with prejudice.

**IT IS SO ORDERED.**

Dated: February 8, 2021

The Honorable John F. Walter
United States District Court Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL.: (510) 891-9800